NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CAROLYN J. PATRICK,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7012

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-10899.

---

**ON MOTION**

---

## ORDER

Upon consideration of the Secretary's motion for a 20-day extension of time, until April 14, 2011, to file his brief,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

MAR 2 8 2011
—————————————
Date

/s/ Jan Horbaly
—————————————
Jan Horbaly
Clerk

cc:  Kenneth M. Carpenter, Esq.
     Kenneth S. Kessler, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 8 2011

JAN HORBALY
CLERK